# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| DEBRA A. MELLIN,<br><br>                    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of the Social Security<br>Administration,<br><br>                    Defendant. | CV 22-08-GF-JTJ<br><br><br>**ORDER** |

Plaintiff Debra A. Mellin (Mellin) has moved for an order approving an award of attorney's fees to her counsel under 42 U.S.C. § 406(b)(1) in the amount of $48,273.50.  The fee amount represents 25% of the past due benefits that Mellin received from the Social Security Administration.  The fee amount is consistent with the terms of the fee agreement that Mellin and her attorney Charla K. Tadlock, Esq. executed on January 25, 2018.  (Doc. 15-2).  The Acting Commissioner of the Social Security Administration does not oppose the motion. (Doc. 17).

The Court finds that the requested fee amount is reasonable.

Accordingly, IT IS HEREBY ORDERED:

1.       Mellin's Motion for an Award of Attorney's Fees under 42 U.S.C.

§ 406(b)(1) (Doc. 15) is GRANTED.

  2. Mellin's attorney Charla K. Tadlock, Esq. is entitled to recover attorney's fees under 42 U.S.C. § 406(b)(1) in the amount of $48,273.50.

  DATED this 6th day of June, 2023.

                John Johnston
                United States Magistrate Judge